**COURT OF CHANCERY
OF THE
STATE OF DELAWARE**

SAM GLASSCOCK III
VICE CHANCELLOR

COURT OF CHANCERY COURTHOUSE
34 THE CIRCLE
GEORGETOWN, DELAWARE 19947

September 6, 2019

Jody C. Barillare
The Nemours Building
1007 N. Orange Street, Suite 501
Morgan, Lewis & Bockius LLP
Wilmington, DE 19801

John P. DiTomo
Elizabeth A. Mullin
Aubrey J. Morin
Morris, Nichols, Arsht & Tunnell LLP
1201 North market Street
Wilmington, DE 19801

Gregory P. Williams
Steven J. Fineman
Nicole K. Pedi
Angela Lam
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

RE: *Maverick Therapeutics, Inc. v. Millennium Pharmaceuticals, Inc.*
C.A. No. 2019-0002-SG
Privilege disputes

Dear Counsel:

I received the documents and deposition transcript passages that remain in dispute in this matter, and I have had the opportunity to review them. With regard to the four challenged documents (Bates labeled HARPOON00000144, MPM0061972, MPM0062259, and MPM0065502), I find that the joint privilege is waived because these were provided to Harpoon's testifying expert, Dr. Bruce Tidor.[1] I find that Maverick and Millennium's argument regarding waiver is not time-barred, given the recent nature of Dr. Tidor's report and the several intervening meet and confers that took place regarding discovery.

---

[1] I acknowledge Harpoon's attempt to parse Dr. Tidor's responses between Maverick and Millennium; nonetheless, Dr. Tidor had the documents and reached his opinions in reliance upon them, and therefore the privilege is waived.

Regarding the twelve disputed passages from the depositions of Dr. Luke Evnin and Michael Hostetler, I find they concern areas of attorney-client privilege and are therefore protected by the joint privilege. As such, the twelve passages identified by the parties in the materials I received will remain redacted.

To the extent the foregoing requires an order to take effect, it is SO ORDERED.

Sincerely,

*/s/ Sam Glasscock III*

Sam Glasscock III